## McGOWEN et al. v. RING.

No. 9509—Opinion Filed Feb. 10, 1920.

(Syllabus by the Court.)

**Appeal and Error—Failure to File Brief—Dismissal.**

Where cause was submitted in regular order, and plaintiff in error was given extended time in which to file briefs, and no briefs were filed, and no further extension of time requested, the cause will be dismissed for want of prosecution.

Error from District Court, Major County; James B. Cullison, Judge.

Action by Keller Ring against James M. McGowen and Hattie E. McGowen. Judgment for plaintiff, and defendants bring error. Affirmed.

Swindell & Wybrant, for plaintffs in error.

Frank E. Severn, R. M. Chase, and Frank Wells, for defendant in error.

RAINEY, J. This cause was submitted in its regular order on December 10, 1919, but was stricken from the assignment and continued until the February term. An order was entered giving plaintiff in error 15 days from that date in which to file brief. No brief having been filed, and no extension of time requested, the cause is dismissed for want of prosecution. Balch v. Pickard, 72 Oklahoma, 179 Pac. 10.

KANE, PITCHFORD, JOHNSON, McNEILL, and HIGGINS, JJ., concur.